# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN L. CONDIFF, Sr., | ) | NO. CV 12-8710 JAK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND S. MCEWEN, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 24, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE